No. 00–5577. ALCINDOR v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 00–5579. BRICE v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 00–5580. HARRISON v. PINELLAS COUNTY COMMISSIONERS ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–5583. HOOD v. SHAW ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–5593. JOHNSON v. BURKE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00–5601. ALFORD v. EPIC RECORDS ET AL. C. A. 2d Cir. Certiorari denied.

No. 00–5602. ALFORD v. ROSS ET AL. C. A. 2d Cir. Certiorari denied.

No. 00–5607. OGILVIE v. LEWIS, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–5618. DENMAN v. TESSMER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00–5621. WOOTTEN v. VERMONT. Sup. Ct. Vt. Certiorari denied.

No. 00–5623. SALGADO MARTINEZ v. ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 00–5625. HENDERSON v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 00–5626. ANTHONY v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 00–5628. CLAIBORNE v. ROE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00–5633. BANNISTER v. DEVILLE ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–5652. CARRUTHERS v. GEORGIA. Sup. Ct. Ga. Certiorari denied.